

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 31 AM 11: 54

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERALD K. HUFF and SANDRA J. HUFF,

    Plaintiffs,

v.

WILSHIRE CREDIT CORPORATION, et al.,

    Defendants.

CASE NO. CV405-129

## ORDER

Before the Court is the parties' "Stipulation of Dismissal with Prejudice." (Doc. 56.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by the plaintiff "by filing a stipulation of dismissal signed by all parties who have appeared in the action." Accordingly, this action is **DISMISSED WITH PREJUDICE,** and each party shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 31ST day of August, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA